No. 92–1566. MCI TELECOMMUNICATIONS CORP. *v.* CREDIT BUILDERS OF AMERICA, INC. C. A. 5th Cir. Certiorari granted,

judgment vacated, and case remanded to consider the question of mootness.